UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff-Appellee,            )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>JUAN CARLOS HERNANDEZ-VALDEZ,  )<br>                                                              )<br>            Defendant-Appellant.        )<br>_____ ) | Case No. 08mj0192<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA 92101

Dated: February 11, 2008               /s/ Norma A. Aguilar
                                                        NORMA A. AGUILAR
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467 (tel)
                                                        (619) 687-2666 (fax)
                                                        diane_regan@fd.org