

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN CARLOS HERNANDEZ-VALDEZ,<br><br>    Defendant. | Criminal Case No. 08 CR 243-L<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about January 23, 2008, within the Southern District of California, defendant JUAN CARLOS HERNANDEZ-VALDEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Ana Maria Caravarin-De La Cruz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 2/13/08

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/5/08