AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN CARLOS HERNANDEZ-VALDEZ | CASE NUMBER: 08 CR 243-L |

I, JUAN CARLOS HERNANDEZ-VALDEZ, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __2/19/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Juan Carlos Hernandez V
Defendant

_____
Defense Counsel

Before _____
Judicial Officer