UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 08CR0243-L |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | HEARING RE REVOCATION |
| v. | ) | OF SUPERVISED RELEASE |
| | ) | |
| JUAN CARLOS HERNANDEZ-VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the October 19, 2009 hearing be continued to December 14, 2009 at 2:00 p.m., and the time between October 19, 2009 and December 14, 2009 is excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: October 16, 2009

_____
M. James Lorenz
United States District Court Judge